NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3204

RONALD PARKS,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in DA844E080171-I-1.

ON MOTION

## O R D E R

Ronald Parks moves for a 45-day extension of time, until October 5, 2009, to file file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Ronald Parks
Michael N. O'Connell, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 1 2009

JAN HORBALY
CLERK